[No. 42701-0-II.  Division Two.  November 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAVEN VICTORIA PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04723-1, Beverly G. Grant, J., entered October 14, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.

[No. 42830-0-II.  Division Two.  November 19, 2013.]

FREDERICK J. KARPMAN ET AL., *Respondents*, v. OLEG ROZENFELD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-2-00642-9, Toni A. Sheldon, J., entered November 14, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Maxa, J.

[No. 43032-1-II.  Division Two.  November 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEORGE RICHEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04919-5, Frank E. Cuthbertson, J., entered February 3, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, J.; Bjorgen, J., dissenting.